UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22326-CIV- Altonaga/Simonton

EMILIO PINERO,

    Plaintiff,

v.

PINECREST REALTY ASSOCIATES, LLC,

    Defendant.

_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

1. Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to approve the proposed Consent Decree attached hereto as **Exhibit 1** ("the Consent Decree") and retain jurisdiction over this matter for the enforcement of the Consent Decree.

2. A proposed Final Order is attached hereto.

WHEREFORE, Plaintiff and Defendant respectfully request the Court to enter the proposed Final Order submitted simultaneously with this Stipulation based upon the Consent Decree entered into herein.

| | | | |
|---|---|---|---|
| By: | s/Lauren N. Wassenberg<br>LAUREN N. WASSENBERG<br>Florida Bar No. 0034083<br>wassenbergl@gmail.com<br>429 Lenox Avenue, Suite 4W23<br>Miami Beach, FL 33139<br>Telephone: 305-537-3723<br>Facsimile: 866-519-3748<br>*Attorneys for Plaintiff, Emilio Pinero* | By: | s/Christopher P. Benvenuto<br>BRIAN M. SEYMOUR<br>Florida Bar No. 120308<br>bseymour@gunster.com<br>CHRISTOPHER P. BENVENUTO<br>Florida Bar No. 649201<br>cbenvenuto@gunster.com<br>GUNSTER, YOAKLEY & STEWART, P.A<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL  33401<br>Telephone:  561-655-1980<br>Facsimile:   561-655-5677<br>*Attorneys for Defendant, Pinecrest Realty Associates, LLC* |