UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22326-CIV-Altonaga/Simonton

EMILIO PINERO,

    Plaintiff,

v.

PINECREST REALTY ASSOCIATES, LLC,

    Defendant.

_____/

**FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE came before the Court on the Stipulation for Approval and Entry of a Consent Decree and Dismissal of the Case with Prejudice (the "Stipulation"), and the Court having reviewed the pleadings and papers filed in this cause, the Stipulation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Consent Decree, in the form attached to the Stipulation, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree.

2. The above-styled cause is hereby DISMISSED WITH PREJUDICE.

3. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot and the case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2011.

                                                          CECILIA M. ALTONAGA

Pinero v. Pinecrest Realty Associates, LLC
Case No. 11-22326-CIV-Altonaga/Simonton
Final Order Approving and Entering Consent Decree and Dismissing Case with Prejudice

UNITED STATES DISTRICT JUDGE

*Copies provided to:*

*Lauren N. Wassenberg, Esq.,* wassenbergl@gmail.com, *Lauren N. Wassenberg, P.A., 429 Lenox Avenue, Suite 4W23, Miami Beach, FL 33139, Attorneys for Plaintiff*

*Brian M. Seymour, Esq.,* bseymour@gunster.com *and Christopher P. Benvenuto, Esq.,* cbenvenuto@gunster.com, *Gunster, Yoakley & Stewart, P.A., 777 South Flagler Drive, Suite 500, East Tower, West Palm Beach, FL 33401, Attorneys for Defendant*