UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE N0. 11-22326-CIV-Altonaga/Simonton**

**EMILIO PINERO**,

    Plaintiff,

vs.

**PINECREST REALTY ASSOCIATES, LLC**,

    Defendant.

_____/

**FINAL ORDER APPROVING AND ENTERING CONSENT DECREE
AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE came before the Court on the Stipulation for Approval and Entry of a Consent Decree and Dismissal of the Case with Prejudice (the "Stipulation") [ECF No. 19], and the Court having reviewed the pleadings and papers filed in this cause, the Stipulation, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Consent Decree, in the form attached to the Stipulation, is **APPROVED** and **ENTERED**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree.

2. The above-styled cause is hereby **DISMISSED WITH PREJUDICE**.

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot and the case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of October, 2011.

                                      */s/ Cecilia M. Altonaga*
                                      **CECILIA M. ALTONAGA**
                                      **UNITED STATES DISTRICT JUDGE**